**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern  DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kevin J. Haughey <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 18-11025 amc |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee for STRUCTURED ASSET SECURITIES CORPORATION SASCO MORTGAGE LOAN TRUST 2002-12 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002- 12 and index same on the master mailing list.

                                            Respectfully submitted,

                                      **/s/ Rebecca A. Solarz, Esquire**
                                      Rebecca A. Solarz, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322 FAX (215) 627-7734