# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 18-11025-AMC

KEVIN J HAUGHEY

958 ANCHOR STREET

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KEVIN J HAUGHEY

    958 ANCHOR STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    JOANNE LOUISE WERDEL ESQ
    PHILADELPHIA LEGAL ASSISTANCE
    718 ARCH ST, SUITE 300N
    PHILA, PA 19106-

Date: 8/23/2018

                                          /S/ William C. Miller
                                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee