**Fill in this information to identify your case:**

Debtor 1: Kevin J. Haughey
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: Eastern District of Pennsylvania
Case number (If known): 18-11025

☐ Check if this is an amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A: Amount of claim (Do not deduct the value of collateral.) | Column B: Value of collateral that supports this claim | Column C: Unsecured portion If any |
|---|---|---|---|

**2.1**
Creditor's Name: See Attachment 1
Number/Street: 1401 JFK Blvd.
City/State/ZIP: Philadelphia, PA 19102

Describe the property that secures the claim:
Debtor's Principal Residence

$ 4,341.15    $ 78,900.00    $ 0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred: ____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) See Attachment 1

Last 4 digits of account number  -  0  0  1

**2.2**
Creditor's Name: See Attachment 2
Number/Street: P.O. Box 6098
City/State/ZIP: Lutherville, MD 21094

Describe the property that secures the claim:
Debtor's Principal Residence

$ 50,000.00    $ 78,900.00    $ 50,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred: 10/13/2016

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) See Attachment 2

Last 4 digits of account number ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ 54,341.15

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

Debtor 1  Kevin J. Haughey
        First Name    Middle Name    Last Name

Case number *(if known)* 18-11025

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.3** Sierra Auto Finance
Creditor's Name
5005 Lyndon B. Johnson Freeway
Number   Street

Dallas   TX   75244
City     State ZIP Code

Describe the property that secures the claim:
Debtor's 2006 Toyota Sienna, which has since been repossessed by the creditor.

$ 12,375.00   $ 0.00   $ 12,375.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien**. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  See Attachment 3    Last 4 digits of account number ___ ___ ___ ___

---

**2.4** See Attachment 4
Creditor's Name
C/O Nationstar Mortgage LLC
Number   Street
8950 Cypress Waters Blvd.

Coppell   TX   75019
City      State ZIP Code

Describe the property that secures the claim:
Debtor's Principal Residence

$ 88,800.95   $ 78,900.00   $ 14,242.10

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien**. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  8/1/1998    Last 4 digits of account number  7  2  1  2

---

**2.5** U.S. Dept of Housing and Urban Dev.
Creditor's Name
451 7th Street, SW
Number   Street

Washington   DC   20410
City         State ZIP Code

Describe the property that secures the claim:
Debtor's Principal Residence

$ 19,810.65   $ 78,900.00   $ 19,810.65

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien**. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  6/26/2013    Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 120,986.60

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $ 175,327.75

Debtor 1  Kevin J. Haughey
         First Name   Middle Name   Last Name

Case number *(if known)* 18-11025

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | |
|---|---|
| KML Law Group<br>Name<br>Suite 5000 - BNY Mellon Independence Center<br>Number   Street<br>701 Market Street<br>Philadelphia      PA      19106<br>City                State      ZIP Code | On which line in Part 1 did you enter the creditor? 2.4<br>Last 4 digits of account number ___ ___ ___ ___ |
| Name<br>Number   Street<br>City                State      ZIP Code | On which line in Part 1 did you enter the creditor? ____<br>Last 4 digits of account number ___ ___ ___ ___ |
| Name<br>Number   Street<br>City                State      ZIP Code | On which line in Part 1 did you enter the creditor? ____<br>Last 4 digits of account number ___ ___ ___ ___ |
| Name<br>Number   Street<br>City                State      ZIP Code | On which line in Part 1 did you enter the creditor? ____<br>Last 4 digits of account number ___ ___ ___ ___ |
| Name<br>Number   Street<br>City                State      ZIP Code | On which line in Part 1 did you enter the creditor? ____<br>Last 4 digits of account number ___ ___ ___ ___ |
| Name<br>Number   Street<br>City                State      ZIP Code | On which line in Part 1 did you enter the creditor? ____<br>Last 4 digits of account number ___ ___ ___ ___ |

Official Form 106D          Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          page __3__ of __3__

# Attachment
## Debtor: Kevin J. Haughey     Case No: 18-11025

Attachment 1

    City of Philadelphia Water Revenue Bureau

    Municipal Lien for water service

Attachment 2

    Lexington National Insurance Corporation

    Trust Deed Securing Bail Bond

Attachment 3

    November 25, 2015

Attachment 4

    U.S Bank NA, as Trustee for Structured Asset Securities Corp. SASCO 2002-12 Mortgage Pass Through Mortgage Loan Trust Certificates