L.B.F. 3015-6B

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE: *Kevin Haughey* : Chapter *13*

Debtor(s) : Bky. No. *18-11025*

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I/We, [name of Debtor(s)] *Kevin Haughey*, hereby state under penalty of perjury in connection with the confirmation hearing in the above case:

1. I/We has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. I/We has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I/we will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

Date:                                   _____
                                        [name]
                                        Counsel of Debtor