## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    KEVIN HAUGHEY | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No.  18-11025 (AMC) |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Debtor's Second Amended Plan was served electronically via the Court's ECF System on October 29, 2018 and via U.S. mail, first class on October 30, 2018, on the parties and secured creditors indicated below.

Office of the United States Trustee for the
Eastern District of Pennsylvania
(*ECF Service*)

William C. Miller
Standing Chapter 13 Trustee for the Eastern District of Pennsylvania
(*ECF Service*)

Rebecca Ann Solarz
KML Law Group
*Counsel for Nationstar Mortgage*
(*ECF Service*)

Nationstar Mortgage LLC, d/b/a "Mr. Cooper"
P.O. Box 619096
Dallas, TX 75261

Pamela Thurmond
City of Philadelphia
Law Department
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102

Department of Housing and Urban Development
451 7th Street, SW
Washington, DC 20410

Lexington Nat'l Insurance Corp.
P.O. Box 6098
Lutherville, MD 21094


October 30, 2018

*/s/ Joanne Werdel*
JOANNE WERDEL
Attorney for Debtor
Philadelphia Legal Assistance
718 Arch Street, Suite 300N
Philadelphia, PA l9l06
(2l5) 981-3858
jwerdel@philalegal.org