# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  KEVIN HAUGHEY  : Chapter 13
: 
  Debtor  : Bankruptcy No. 18-11025 (AMC)
:

## [PROPOSED] ORDER

AND NOW, this _____ day of _____ 2019, upon consideration of the Debtor's Motion to Amend and any Response thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED.

**Date: May 28, 2019**

_____
The Honorable Ashely Chan
United States Bankruptcy Judge