United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-11025-amc
Kevin J. Haughey                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1          Date Rcvd: Nov 19, 2019
                             Form ID: pdf900          Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2019.
db              +Kevin J. Haughey,   958 Anchor Street,   Philadelphia, PA 19124-1036
14056876        +U.S Bank NA, as Trustee,   C/O Nationstar Mortgage LLC,   8950 Cypress Waters Blvd.,
                 Coppell, TX 75019-4620
14084868        +U.S. Bank National Association,   c/o Nationstar Mortgage LLC,   P.O. Box 619096,
                 Dallas, TX 75261-9096
14373707        +U.S. Bank National Association et. al,,   c/o Nationstar Mortgage, LLC,   d/b/a Mr. Cooper,
                 P.O. Box 619096,   Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Nov 20 2019 04:04:45     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2019 04:04:09
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 20 2019 04:04:30     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                          TOTAL: 3


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
        JOANNE LOUISE WERDEL   on behalf of Debtor Kevin J. Haughey jwerdel@philalegal.org
        REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, as Trustee for
         STRUCTURED ASSET SECURITIES CORPORATION SASCO MORTGAGE LOAN TRUST 2002-12 MORTGAGE PASS-THROUGH
         CERTIFICATES SERIES 2002- 12 bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
                                                                        TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kevin J. Haughey | Chapter 13 |
| Debtor | |
| U.S. Bank National Association, as Trustee for STRUCTURED ASSET SECURITIES CORPORATION SASCO MORTGAGE LOAN TRUST 2002-12 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002- 12 | NO. 18-11025 AMC |
| v. | |
| Kevin J. Haughey | |
| and | |
| William C. Miller Esq. | |
| Trustee | |

## ORDER

AND NOW, this 18th day of November , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on March 25, 2019  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. Bank National Association, as Trustee for STRUCTURED ASSET SECURITIES CORPORATION SASCO MORTGAGE LOAN TRUST 2002-12 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002- 12 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 958 Anchor Street  Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Kevin J. Haughey
958 Anchor Street
Philadelphia, PA 19124

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Joanne Louise Werdel
Philadelphia Legal Assistance
718 Arch Street Suite 300N
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532