**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KEVIN J HAUGHEY | Chapter 13 |
| Debtor | Bankruptcy No. 18-11025-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 21, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOANNE LOUISE WERDEL ESQ
PHILADELPHIA LEGAL ASSISTANCE
718 ARCH ST, SUITE 300N
PHILA, PA 19106-

Debtor:
KEVIN J HAUGHEY

958 ANCHOR STREET

PHILADELPHIA, PA 19124