United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 18-11025-amc
Kevin J. Haughey                                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 2            Date Rcvd: Jan 21, 2020
                             Form ID: pdf900          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2020.
```
db              +Kevin J. Haughey,    958 Anchor Street,    Philadelphia, PA 19124-1036
14056871        +KML Law Group,    BNY Mellon Independence Center,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
14203223        +Lexington National Insurance Corporation,    P.O. Box 6098,    Lutherville, MD 21094-6098
14056873        +Philadelphia Gas Works,    Bankruptcy Unit,    800 W. Montgomery Avenue,
                  Philadelphia, PA 19122-2806
14056874        +Philadelphia Parking Authority,    913 Filbert Street,    Philadelphia, PA 19107-3117
14056875        +Sierra Auto Finance,    5005 Lyndon B. Johnson Freeway,    Dallas, TX 75244-6145
14056876        +U.S Bank NA, as Trustee,    C/O Nationstar Mortgage LLC,    8950 Cypress Waters Blvd.,
                  Coppell, TX 75019-4620
14084868        +U.S. Bank National Association,    c/o Nationstar Mortgage LLC,    P.O. Box 619096,
                  Dallas, TX 75261-9096
14373707        +U.S. Bank National Association et. al,,    c/o Nationstar Mortgage, LLC,    d/b/a Mr. Cooper,
                  P.O. Box 619096,    Dallas, TX 75261-9096
14068405        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                  Washington, DC 20410-0002
14063648        +U.S. National Bank NA,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jan 22 2020 03:40:44     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 22 2020 03:40:25
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 22 2020 03:40:36     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14169491        +E-mail/Text: megan.harper@phila.gov Jan 22 2020 03:40:45
                  CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                  1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14056870        +E-mail/Text: megan.harper@phila.gov Jan 22 2020 03:40:45     City of Philadelphia,
                  Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663
14097469         E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 22 2020 03:37:50      MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14056872        +E-mail/Text: bankruptcygroup@peco-energy.com Jan 22 2020 03:40:13     PECO,
                  2301 Market Street,    Philadelphia, PA 19103-1380
14079339        +E-mail/Text: bankruptcygroup@peco-energy.com Jan 22 2020 03:40:13     PECO Energy Company,
                  2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14056877        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 22 2020 03:40:07
                  Verizon,    500 Technology Drive, Ste 300,    Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 9

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2020 at the address(es) listed below:
```
              JOANNE LOUISE WERDEL    on behalf of Debtor Kevin J. Haughey jwerdel@philalegal.org
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               STRUCTURED ASSET SECURITIES CORPORATION SASCO MORTGAGE LOAN TRUST 2002-12 MORTGAGE PASS-THROUGH
               CERTIFICATES SERIES 2002- 12 bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Randi              Page 2 of 2             Date Rcvd: Jan 21, 2020
                              Form ID: pdf900          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                                   TOTAL: 5

Case 18-11025-amc    Doc 89    Filed 01/23/20    Entered 01/24/20 01:07:35    Desc Imaged
Certificate of Notice    Page 2 of 3

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                       Chapter 13
KEVIN J HAUGHEY

          Debtor           Bankruptcy No. 18-11025-AMC

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 21, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOANNE LOUISE WERDEL ESQ
PHILADELPHIA LEGAL ASSISTANCE
718 ARCH ST, SUITE 300N
PHILA, PA 19106-

Debtor:
KEVIN J HAUGHEY

958 ANCHOR STREET

PHILADELPHIA, PA 19124